**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISETH N. RAMIREZ, "Next of Friend" By and For ROBERTO FRANKLIN RAMIREZ,<br><br>      Petitioner,<br><br>  v.<br><br>LEE BACA (Sheriff),<br><br>      Respondent. | NO. CV 09-7753-JFW(E)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the First Amended Petition without leave to amend, but without prejudice.

///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner, and counsel for
4 Respondent.

6      LET JUDGMENT BE ENTERED ACCORDINGLY.

8      DATED: January 6, 2010.

11     _____
              JOHN F. WALTER
12       UNITED STATES DISTRICT JUDGE