**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISETH N. RAMIREZ, "Next of Friend" By and For ROBERTO FRANKLIN RAMIREZ, Petitioner, v. LEE BACA (Sheriff), Respondent. | NO. CV 09-7753-JFW(E) JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed without leave to amend, but without prejudice.

DATED:  January 6, 2010.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE